Robert D. Goldstein
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant Expert JMS

```
FILED
CLERK

2011 JUL 28 PM 4: 10

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

GLOBAL FACILITY MANAGEMENT AND
CONSTRUCTION, INC. and SEAN BLANK,

        Plaintiffs,

v.

SUSAN DYKMAN and EXPERT JMS,

        Defendants.

------------------------------------------------------------ X

Civil Action **SPATT, J.**

STATEMENT PURSUANT
TO FEDERAL RULE OF
CIVIL PROCEDURE 7.1

**LINDSAY, M.J.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant Expert JMS identify the following parent corporation and any publicly held corporation that owns 10% or more of Defendant Expert JMS:

**None.**

Dated: New York, New York
      July 28, 2011

                                  EPSTEIN BECKER & GREEN, P.C.

                                  By: _____
                                        William S. Gyves
                                        Robert D. Goldstein
                                  250 Park Avenue
                                  New York, New York 10177-1211
                                  (212) 351-4500
                                  *Attorneys for Defendant Expert JMS*