UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLOBAL FACILITY MANAGEMENT AND      Civ. No. 2:11-CV-03653
CONSTRUCTION, INC., and SEAN BLANK,

                                Plaintiffs,     **RULE 7.1 STATEMENT
                                                                              FOR GLOBAL FACILITY
                                                                              MANAGEMENT AND
      - against -                                                      CONSTRUCTION, INC.**

SUSAN DYKMAN and EXPERT JMS,

                                Defendants.
-----------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Global Facility Management and Construction, Inc. ("Global") hereby certifies that Global is not publicly traded, does not have a parent corporation, and that there is no publicly held corporation that owns 10% or more of Global's shares or stock.

Dated: Uniondale, New York
         August 2, 2011

                                                    WESTERMAN BALL EDERER MILLER &
                                                    SHARFSTEIN, LLP

                                                   By_____
                                                       Greg S. Zucker (GZ 0011)
                                                       1201 RXR Plaza
                                                     Uniondale, New York 11556
                                                     Phone: (516) 622-9200
                                                     *Attorneys for Plaintiffs*

494364

TO:    William S. Gyves, Esq.
Robert D. Goldstein, Esq.
250 Park Avenue
New York, New York 10177
*Attorneys for Defendant Expert JMS*

Paul R. Niehaus, Esq.
Niehaus LLP
1359 Broadway
Suite 2001
New York, New York 10018
*Attorneys for Defendant Susan Dykman*

494364