UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GLOBAL FACILITY MANAGEMENT AND
CONSTRUCTION, INC., and SEAN BLANK,

Civ. No. 2:11-CV-03653

Plaintiffs,

**DEMAND FOR JURY TRIAL**

- against -

SUSAN DYKMAN and EXPERT JMS,

Defendants.
-------------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 38, plaintiffs, Global Facility Management and Construction, Inc. and Sean Blank, hereby demand a trial by jury of all issues that may be properly tried to a jury.

Dated: Uniondale, New York
August 2, 2011

WESTERMAN BALL EDERER MILLER &
SHARFSTEIN, LLP

By: _____
Greg S. Zucker (GZ 0011)
1201 RXR Plaza
Uniondale, New York 11556
Phone: (516) 622-9200
*Attorneys for Plaintiffs*

TO: William S. Gyves, Esq.
Robert D. Goldstein, Esq.
250 Park Avenue
New York, New York 10177
*Attorneys for Defendant Expert JMS*

Paul R. Niehaus, Esq.
Niehaus LLP
1359 Broadway
Suite 2001
New York, New York 10018
*Attorneys for Defendant Susan Dykman*

494393