Robert D. Goldstein
rgoldstein@ebglaw.com
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
*Attorneys for Defendant Expert JMS*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

GLOBAL FACILITY MANAGEMENT AND CONSTRUCTION, INC. and SEAN BLANK,

    Plaintiffs,

v.

SUSAN DYKMAN and EXPERT JMS,

    Defendants.

------------------------------------------------------------ X

Civil Action No.: 11cv3653(ADS)(ARL)

**CERTIFICATION OF FILING OF NOTICE OF FILING OF NOTICE OF REMOVAL IN STATE COURT AND SERVICE ON PLAINTIFFS' AND CO-DEFENDANT'S COUNSEL**

Robert Goldstein hereby certifies as follows:

1. I am a member of the firm of Epstein Becker & Green, P.C., attorneys for Defendant Expert JMS.

2. Plaintiffs commenced this action against Defendants in the Supreme Court of the State of New York, County of Nassau, Index No. 10513/11, with the filing of a Summons and Complaint on or about July 18, 2011. Defendants jointly filed a Notice of Removal with this Court on July 28, 2011.

3. On July 29, 2011, I caused copies of the Notice of Filing of Notice of Removal with the Notice of Removal attached, the Civil Cover Sheet, and the Individual Practices and Rules of Judge Arthur D. Spatt and Magistrate Judge Arlene R. Lindsay to be served upon Plaintiffs' counsel, Greg S. Zucker, Esq., Westerman, Ball, Ederer, Miller &

FIRM:16463506v1

Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556, and co-Defendant's counsel, Paul R. Niehaus, Neihaus LLP, 1359 Broadway, Suite 2001, New York, New York 10018, by first class mail, postage prepaid.

4. On August 3, 2011, I caused to be filed with the County Clerk of Nassau County, a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal and the Summons and Complaint in this action attached thereto.

Dated: New York, New York
August 17, 2011

S/Robert Goldstein
Robert Goldstein