# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
WWW.EBGLAW.COM

J. WILLIAM COOK
212.351.3786
WCOOK@EBGLAW.COM

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ AUG 25 2011 ★

**LONG ISLAND OFFICE**

August 24, 2011

**VIA ECF & FIRST-CLASS MAIL**

The Honorable Arthur D. Spatt
United States District Judge
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

> Re: Global Facility Mgmt. and Constr., Inc., et al. v. Dykman, et al., Civil Action No. 11cv3653 (ADS) (ARL)

Dear Judge Spatt:

This firm represents defendant Expert JMS in the above-referenced case. We write to request a thirty-day extension of time to respond to the Complaint, to, and including, Friday, September 23, 2011.

The time for Expert JMS to respond to the Complaint expires today. We make this request for an extension of time because the parties have reached a settlement in principal and are finalizing a settlement agreement that they expect to execute shortly.

This is the first request of Expert JMS for an extension in this action. Plaintiffs have consented to this request.

Accordingly, we respectfully request that Expert JMS's time to respond to the Complaint be extended to, and including, Friday, September 23, 2011.

*Application granted. So ordered.*
*Case closed subject to the settlement agreement.*

Respectfully submitted,

*Will Cook*

J. William Cook

JWC:dh

*Arthur D. Spatt, U.S.D.J.*
*8/25/11*